Certificate Number: 05781-PR-DE-041572325

Bankruptcy Case Number: 26-04054

05781-PR-DE-041572325

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2026, at 12:48 o'clock PM PDT, Jennifer Gonzalez Santos completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: October 18, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President